29 So.3d 389 (2010)
Akram A. ISMAIL, M.D., Appellant,
v.
STATE of Florida, DEPARTMENT OF HEALTH and the Florida Board of Medicine, Appellees.
No. 1D10-0218.
District Court of Appeal of Florida, First District.
February 26, 2010.
Michael R. Lowe, of Michael R. Lowe, P.A., Longwood; and Kristopher M. Cruzada of Nejame, Lafay, Jancha, Ahmed, Barker & Joshi, P.A., Orlando, for Appellant.
Josie Tamayo, General Counsel, and Charlyne "Khai" Patterson, Assistant General Counsel, Department of Health, Tallahassee, for Appellees.
*390 PER CURIAM.
DISMISSED. See Fla. R.App. P. 9.100(c)(3).
KAHN, PADOVANO, and WETHERELL, JJ., concur.